UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE DEAN ALLEN and
KAREN J. ALLEN,

     **Plaintiffs,**

v.

                          **Case No. 8:04-CV-2530-T-17-EAJ**

EARL MORELAND, in his
capacity as State Attorney,
Twelfth Judicial Circuit,
State of Florida; ROBERT HAMPSON,
individually; CITY OF VENICE;
THOMAS A. McNULTY, individually;
and MICHAEL TREANOR, individually,

     **Defendants.**

_____/

## ORDER

     Before the court is **Defendant Moreland's and Defendant Hampson's Motion to Compel Plaintiffs to Provide Mandatory Initial Disclosures and to Respond to Discovery** (Dkt. 23), filed on April 29, 2005.

     Defendants Moreland and Hampson seek an order requiring Plaintiffs to provide Rule 26(a)(1)(C) disclosures[1], to serve answers to Defendant Moreland's and Defendant Hampson's first set of interrogatories and to serve responses to and produce the

---

[1] Rule 26(a)(1)(C), Fed. R. Civ. P., disclosures consist of "a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered."

documents requested in Defendant Moreland's and Defendant Hampson's first request for production.   In addition, Defendants Moreland and Hampson seek attorney's fees and costs pursuant to Rule 37(a)(4), Fed. R. Civ. P.

Defendants state that Plaintiffs have entirely failed to provide Rule 26(a)(1)(C), Fed. R. Civ. P., disclosures and have also completely failed to respond to interrogatories and requests for production served on Plaintiffs on March 23, 2005 with responses due on April 25, 2005.

Plaintiffs have failed to respond to the instant motion to compel within the time provided by the Local Rules of this court. Therefore, Plaintiffs are deemed to have no objection to the relief Defendants have requested.  <u>See</u> Local Rule 3.01(b), M.D. Fla.

Accordingly, and upon consideration, it is **ORDERED and ADJUDGED**:

(1)   **Defendant Moreland's and Defendant Hampson's Motion to Compel Plaintiffs to Provide Mandatory Initial Disclosures and to Respond to Discovery** (Dkt. 23) is **GRANTED** to the extent that within twenty (20) days of the date of this order, Plaintiffs shall serve Defendants Moreland and Hampson with Rule 26(a)(1)(C), Fed. R. Civ. P., disclosures as well as responses to interrogatories and requests for production; and

(2)   Defendants' request for discovery sanctions is denied subject to reconsideration if circumstances so warrant, including Plaintiffs' failure to produce the disclosures and responses

required by this order.

**DONE AND ORDERED** in Tampa, Florida on this 18th day of May, 2005.


ELIZABETH A JENKINS
United States Magistrate Judge